IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **WENDY WILLIAMS, AIS # 292583,** | : |
| Plaintiff, | : |
| vs. | :    CIVIL ACTION 16-0067-WS-N |
| **MR. EZELL,** *et al.*, | : |
| Defendants. | : |

## JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that this action be and is hereby **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915(g).

**DONE** this 20th day of June, 2016.

                                                s/WILLIAM H. STEELE
                                              **CHIEF UNITED STATES DISTRICT JUDGE**